IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SMALL BUSINESS LOAN SOURCE, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | CV-08-393-KD-C |
| | § | |
| F/V SEA KING, *in rem*, | § | |
| | § | |
| Defendant. | § | |

### ORDER CONFIRMING SALE AND RELEASE OF VESSEL

This matter is before the court on plaintiff's motion to confirm sale and to release the F/V SEA KING (doc. 28). It now appears to the court that the sale of the F/V SEA KING, her engines, hull, tackle, gear, and appurtenances, etc, *in rem*, was held on December 10, 2008, and reported to the court on December 23, 2008, by the United States Marshal (doc. 32). No written objections were filed within five (5) days of the date of the sale.[1] Accordingly, upon consideration of the foregoing and plaintiff's motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States Marshal for the Southern District of Alabama execute and deliver a Bill of Sale conveying all right, title and interest in and to the F/V SEA KING, her engines, tackle, appurtenances, etc., to Small Business Loan Source, L.L.C. or its nominee, if so requested in

---

[1] "In all sales by the Marshal pursuant to orders of sale under the Admiralty Supplemental Rules, the Marshal shall report to the court the fact of sale, the price brought, and the name of the buyer. If within five days after the sale, *see* Fed.R.Civ.P.6(a) (computation of time), no written objection is filed, the same shall automatically stand confirmed if the buyer has performed the terms of his purchase." Local Rule 9 for the Southern District of Alabama.

writing by counsel for plaintiff, free and clear of all liens, mortgages, or other encumbrances.

IT IS FURTHER ORDERED that the F/V SEA KING, (Official Number 1128473), be and the same is hereby released from seizure and court-directed custodianship by substitute custodian, T.M. Jemison, Inc., to Small Business Loan Source, L.L.C. or its successor in title, as may be appropriate.

**DONE** this the 13th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**